# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SLACK & COMPANY, LLC, | ) | Case No. 19-36512 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, April 28, 2020, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox telephonically using Court Solutions, www.Court-Solutions.com, and present the attached **Motion to Retain Counsel**, at which time and place you may appear if you so desire.

**A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.**

                    CATHERINE STEEGE, not individually but as
                    Chapter 7 Trustee for Slack & Company, LLC

                    BY:     */s/ Catherine Steege*
                            One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

Dated:  April 15, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SLACK & COMPANY, LLC, | ) | Case No. 19-36512 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## **MOTION TO RETAIN COUNSEL**

Catherine Steege, not individually but as Chapter 7 Trustee for Slack & Company, LLC, pursuant to 11 U.S.C. § 327(a), respectfully requests entry of an order authorizing her to employ Catherine Steege and Jenner & Block as her counsel, and states:

1. On December 30, 2019, the Debtor filed a petition for relief under Chapter 7 of Title 7 of the United States Code. Thereafter, the United States Trustee for the Northern District of Illinois appointed Catherine Steege as the Interim Chapter 7 Trustee.

2. The Trustee has selected Jenner & Block as her counsel for this bankruptcy case because they are very experienced in representing all parties, including trustees, in Chapter 7 cases.

3. The professional services that Jenner & Block will render will include:

    a. Giving the Trustee legal advice with respect to her powers and duties in this case;

    b. Assisting the Trustee in her investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business and any other matters relevant to the case;

    c. Investigating the Debtor's transactions with third parties and pursuing litigation where appropriate.

        d.        Assisting the Trustee in liquidating the assets of the estate; and

        e.        Performing all other legal services as may be required.

4.        To the best of the Trustee's knowledge, Jenner & Block represents no entity with an adverse interest to the Debtor or its estate, are disinterested persons and represent or hold no interest adverse to the interests of the estate with respect to the matters on which they are to be employed. *See* Exhibit A hereto.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A.        Authorizing her to employ Jenner & Block as her counsel in this case; and

B.        Granting such other and further relief as this Court deems just.

        CATHERINE STEEGE, not individually but as
        Chapter 7 Trustee for Slack & Company, LLC

        BY:    */s/ Catherine Steege*
                  One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:    312/923-2952
FAX:  312/840-7352

Dated: April 15, 2020

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SLACK & COMPANY, LLC, | ) | Case No. 19-36512 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### AFFIDAVIT

I, Catherine Steege, being first duly sworn, do hereby state under oath:

1. I am a partner of the law firm of Jenner & Block, and I am authorized to make this Affidavit on its behalf.

2. The law firm of Jenner & Block is not a creditor of the above-captioned estate and represents or holds no interests which are adverse to the estate with respect to the matters upon which it is to be employed except that Jenner & Block represents the following entities in matters unrelated to the Debtor: American Express, AT&T Services, Commonwealth Edison, CT Corporation System, FedEx Express, Getty Images Inc., Microsoft Azure, on matters unrelated to the Debtor.

3. Jenner & Block's connections with the Office of the United States Trustee are as follows: Ronald R. Peterson and Catherine Steege, both Jenner & Block partners, are members of the panel of Chapter 7 trustees maintained by the United States Trustee for the Northern District of Illinois.

**EXHIBIT A**

4. My hourly rate is $1,225. The hourly rate of John VanDeventer/William Williams/Adam Swingle who will do the bulk of the work on this matter is $780/630/570. Jenner typically adjusts its rate annually in January of each year.

FURTHER AFFIANT SAITH NOT.

/s/ Catherine Steege<br>Catherine Steege

Subscribed and sworn to before me
this 15th day of April, 2020

*/s/ Susan Pripusich*
Notary Public

OFFICIAL SEAL
**SUSAN PRIPUSICH**
Notary Public – State of Illinois
My Commission Expires January 31, 2024

2

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, certify that I caused a copy of the foregoing **Motion To Retain Counsel** to be served upon the counsel of record parties listed on the attached ECF Service List by the Court's ECF system on April 15, 2020

                                                */s/ Catherine Steege*
                                                 Catherine Steege

## SERVICE LIST
In re Slack & Company
19-36512

**VIA ECF NOTIFICATION:**

- Alexander F. Brougham     abrougham@ag-ltd.com, dbaird@ag-ltd.com
- Steven B. Chaiken     schaiken@ag-ltd.com, aweir@ag-ltd.com
- Alexander D. Kerr     akerr@heylroyster.com, LLeiteritz@heylroyster.com, chiecf@heylroyster.com
- Patrick S. Layng     USTPRegion11.ES.ECF@usdoj.gov
- Brett M. Mares     bmares@heylroyster.com, LLeiteritz@heylroyster.com, chiecf@heylroyster.com
- Junilla J. Sledziewski     junilla@graydon.law, phill@graydon.law