Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-36512 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | SLACK & COMPANY, LLC | | | | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/2020 |
| For Period Ending: | 07/27/2021 | | | | Claims Bar Date: | 07/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand | 1,548.00 | 1,548.00 | | 1,558.00 | FA | 0.00 | 0.00 |
| 2. Fifth Third Bank - Checking | 0.00 | 90,122.39 | | 90,122.39 | FA | 0.00 | 0.00 |
| 3. Fifth Third Bank - ZBA Account | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Five (5) checks remitted by employees for purchases of equipment | 2,600.00 | 2,375.00 | | 2,375.00 | FA | 0.00 | 0.00 |
| 5. Prepayment of $10,000 on 7/18/19 to Franklin Capital Group, LLC for consulting in connection with proposed financing | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6. Prepayment of $5,000 on 10/28/19 to Bodman PLC for legal services in connection with proposed financing | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Accounts receivable 90 days old or less | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8. Accounts receivable Over 90 days old | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9. Miscellaneous Office Furniture | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10. Office equipment, including all computer equipment and communication systems equipment and software | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11. Leasehold - 233 N. Michigan Ave, Suite 3050, Chicago, IL 60601 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Registered trademark: "Slack & Company" brand | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. www.slackandcompany.com | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Software license: Adobe Creative Cloud | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Software licenses with Advantage Software | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. Software license used under cloud-based subscription: Microsoft Office 365 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. Software license used under cloud-based subscription: MSDN | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. Customer List | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Misc. goodwill | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-36512 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| Case Name: | SLACK & COMPANY, LLC | | | | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/2020 |
| For Period Ending: | 07/27/2021 | | | | Claims Bar Date: | 07/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 20. Travelers Property/General Liability Insurance Policy No. 680-6786L813-19-42 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. Travelers Umbrella Insurance Policy No. 7902Y139 CUP | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. Travelers Workers Compensation Insurance Policy No. 9J391185UB | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)      $4,148.00      $94,045.39      Gross Value of Remaining Assets $94,055.39      $0.00      $0.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collection of Account Receivable. Review of Claims.

7/22/21

Collection of Accounts Receivable
Bar Date of Claims - 7/24/2020

7/15/2020

RE PROP #      7   --   Schedule says: 862,294.00 (face amount) - Unknown = Unknown
RE PROP #      8   --   Schedule says: 44,775.00 (face amount) - Unknown = Unknown

Initial Projected Date of Final Report (TFR): 06/30/2021      Current Projected Date of Final Report (TFR): 07/31/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-36512 | | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SLACK & COMPANY, LLC | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0092 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8415 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/27/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/20 | 4 | SIAMAK BONSHAHI<br>2834 N LINCOLN AVE. APT 1<br>CHICAGO, IL 60657 | CASH ON HAND | 1129-000 | $275.00 | | $275.00 |
| 02/13/20 | 4 | MICHAEL J. BUELTMANN | CASH ON HAND<br>DEPOSIT INCORPORATES 4 CHECKS; ONLY THE ADDRESSEE OF ONE OF THE CHECKS IS SHOWN HERE; DEPOSIT AMOUNT IS THE TOTAL OF ALL FOUR CHECKS | 1129-000 | $2,100.00 | | $2,375.00 |
| 02/13/20 | 1 | SLACK AND COMPANY | CASH ON HAND | 1129-000 | $1,558.00 | | $3,933.00 |
| 05/06/20 | 2 | FIFTH THIRD BANK | FUNDS FROM CHECKING ACCOUNT | 1129-000 | $90,122.39 | | $94,055.39 |
| 02/19/21 | 4001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | bond | 2300-000 | | $41.46 | $94,013.93 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.80 | $93,920.13 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.71 | $93,816.42 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.25 | $93,716.17 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.48 | $93,612.69 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.02 | $93,512.67 |

| | COLUMN TOTALS | $94,055.39 | $542.72 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Page Subtotals: | $94,055.39 | $542.72 |

|  | Subtotal | $94,055.39 | $542.72 |
|---|---|---|---|
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $94,055.39 | $542.72 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0092 - Checking | $94,055.39 | $542.72 | $93,512.67 |
|  | $94,055.39 | $542.72 | $93,512.67 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $94,055.39 |
| Total Gross Receipts: | $94,055.39 |

Page Subtotals:    $0.00    $0.00